# STATE SUPREME COURT
## NEW CASES, PROCEEDINGS AND DECISIONS

## Weekly Report of NEW CASES DOCKETED

### INDEX OF CASES
### NEW CASES DOCKETED

Campf v. Campbell .................. 19809
Goldberg v. State ................... 19796
Hyatt v. Gould ...................... 19811
Indust. Comm. v. State ............. 19802
Jones et v. Coburn et............... 19808
Koppe v. State ..................... 19798
Lambright et v. East Palestine (City). 19810
Larkins v. Routson ................. 19795
Lentz v. Lentz ..................... 19804
Larkins v. Pub. Util. Comm......... 19801
New York Life Ins. Co. v. Richardson.. 19806
Ohio Stock Food Co. v. Gintling ....... 19805
Sandrowitz v. Clark ................. 19797
Smith v. Blackmon et ............... 19799
South. O. Pub. Ser. Co. v. Pub. Utl. Com. 19800
Suburban Ice Co. v. Mulvihill ........ 19807
Trumbull Sav. & L. Co. v. Saviers...... 19803

### APRIL 29, 1926

19795—Alfred Larkins et v. John J. Routson et; motion for Hancock Appeals to certify. Marion G. Foster and John Sheridan, Findlay, for pltf; Dunn & Dunn, A. G. Fuller and G. H. Phelps, Findlay, for defts.

19796—Phillip Goldberg v. State of Ohio; motion for leave to file petition in error to the Cuyahoga Appeals. G. W. Spooner, Cleveland, for pltf; E. C. Stanton, Cleveland, for deft.

19797—Joseph Sandrowitz et v. Katie Clark; motion for Cuyahoga Appeals to certify. S. H. Miller, Cleveland, for pltf; Squire, Sanders & Dempsey, Cleveland, for deft.

### APRIL 30, 1926

19798—F. A. Koppe v. State of Ohio; motion for Hocking Appeals to certify. H. M. Whitecraft, Logan, and Hogan & Hogan, Columbus, for pltf; E. Wright, Logan, for deft.

19799—John F. Smith v. Chas. F. Blackmon and Cleveland, Painesville & Eastern Railroad Co.; motion for Lake Appeals to certify. Bernsteen & Bernsteen, Cleveland, for pltf; Alvord, Blakely, Ostrander & Slocum, Painesville, for deft.

### MAY 1, 1926

19800—Southern O. Pub. Service Co. v. Public Utilities Commission of Ohio; error to Public Utilities Commission of Ohio. J. M. Butler and C. J. Bartlett, Columbus, for pltf; C. C. Crabbe and J. W. Bricker, Columbus, for deft.

19801—J. S. Larkins v. Public Utilities Commission of Ohio; error to Public Utilities Commission of Ohio. Blair & Blair, Portsmouth, for pltf; C. C. Crabbe and J. W. Bricker, Columbus, for deft.

19802—Industrial Commission of Ohio v. State of Ohio ex rel Steve Nagy; error to the Franklin Appeals. C. C. Crabbe and R. K. Zurmehly, Columbus, for pltf; J. W. Sharts, for deft.

### MAY 3, 1926

19803—Trumbull Savings & Loan Co. v. Geo. S. Saviers et; error to Trumbull Appeals. Robt. Cochran and J. Buckwalter, Warren, for pltf; Kistler & Oesch, Youngstown and Gilmer, Gilmer, Stephens & Patchin, Warren, for defts.

### MAY 4, 1926

19804—Alta F. Lentz v. John J. Lentz; motion for Franklin Appeals to certify. C. M. Addison, Columbus, for pltf; H. A. Williams and B. W. Gearheart, Columbus, for deft.

19805—Ohio Stock Food Co. v. Kate Gintling; motion for Summit Appeals to certify. W. J. Lamb, H. Hagelbarger and W. Kelley, Akron, for pltf; Grant, Thomas & Buckingham, Akron, for deft.

### MAY 6, 1926

19806—New York Life Ins. Co. v. Effie Richardson; motion for Lucas Appeals to certify. Arnold, Wright & Harlor, Columbus, and Ritter & Brumbaugh, Toledo, for pltf; R. D. Logan and F. Spence, Toledo, for deft.

19807—Suburban Ice Mfg. and Cold Storage Co. v. Edward Mulvihill; motion for Hamilton Appeals to certify. Pogue, Hoffheimer & Pogue and G. E. Mills, Cincinnati, for pltf; J. R. Clark, Cincinnati, for deft.

### MAY 7, 1926

19808—Paul Jones et v. K. L. Cobourn et; motion for Columbiana Appeals to certify. H. L. Deibel, Cleveland, for pltf; K. L. Cobourn, Salem, for defts.

19809—James Campf v. B. F. Campbell et; motion for Columbiana Appeals to certify. K. L. Cobourn, Salem, for pltf; Boone & Campbell, Salem, and Billingsley & Moore, Lisbon, for defts.

19810—Claude Lambright et v. City of East Palestine; motion for Columbiana Appeals to certify. K. L. Cobourn, Salem, for pltf; J. E. Banknecht, East Palestine, for deft.

19811—Walter D. Hyatt v. Louis H. Gould; motion for Lucas Appeals to certify. Seeley & Wolfe, Toledo, for pltf; Tracy, Chapman & Welles, Toledo, for deft.

# PROCEEDINGS OF SUPREME COURT

## OHIO SUPREME COURT
### TUESDAY, MAY 4—MAY 11, 1926
### GENERAL DOCKET

Fetterman v Bingham.................19480
Frate et v Rimenick et...............19344
Hulett v Friedrich...................19406
Indust. Comm. v Cherry..............19417
State ex Crabbe v Exhib. Assn........19624
State ex Hile v Zangerle.............19244
Tumey v State......................19611

### MOTION DOCKET

Baker v. Alexander .................. 19691
Baker v. Licking Co. Bk. & Tr. Co..... 19706
Conkey v. Conkey ................... 19713
Frank v. First Nat. Bk. of Washington. 19754
Goodman v. Goodman ............... 19637